# Court of Appeals, State of Michigan

## ORDER

Janet Lashar Eppel v Christopher James Eppel

Docket No.    335653

LC No.    11-048048-DM

Jane E. Markey
Presiding Judge

Joel P. Hoekstra

Amy Ronayne Krause
Judges

Pursuant to the opinion issued concurrently with this order, this case is REMANDED for further proceedings consistent with the opinion of this Court. We retain jurisdiction.

Proceedings on remand in this matter shall commence within 28 days of the Clerk's certification of this order, and they shall be given priority on remand until they are concluded. The proceedings on remand are limited to these issues.

The parties shall promptly file with this Court a copy of all papers filed on remand. Within seven days after entry, appellant shall file with this Court copies of all orders entered on remand.

The transcript of all proceedings on remand shall be prepared and filed within 21 days after completion of the proceedings.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 0 9 2018
_____
Date

_____
Chief Clerk